**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7048**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COREY ELMO WELKER,

Defendant - Appellant,

THE ESTATE OF LORIN J. WELKER, A/K/A LORIN J.
WELKER,

Garnishee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, District Judge.
(CR-00-76)

───────────────

Submitted:  November 20, 2001          Decided:  December 3, 2001

───────────────

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Corey Elmo Welker, Appellant Pro Se.  Mark Anthony Exley, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Corey Elmo Welker appeals the district court's orders denying his motion to dismiss a writ of garnishment and entering garnishment. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Welker, No. CR-00-76 (E.D. Va. May 30 & June 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED